COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **Martinez Erwit**
     (Last)         (First)         (Initial)

Prisoner Number **BK# 07006914 PFN DVN097**

Institutional Address **885 North San Pedro St. San Jose, Calif, 95110**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Erwit Martinez**
(Enter the full name of plaintiff in this action.)

vs.

**Nurse Practioner Ms. Connie Last Name Unkown At this Time**

(Enter the full name of the defendant(s) in this action.)

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **Santa Clara County Dept of Corrections**

B.   Is there a grievance procedure in this institution?
     YES (✓)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (✓)    NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                              - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal I Explained To Martinez That Nurse Connie Told "US" She was Doing "Essential" MED'S ONLY. SHE GAVE US The Names OF The Individuals That She Wanted To give The Medications TO AND He WAS Not one of Them

2. First formal level

3. Second formal level See Grievance 1 AND 2

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Erwit Martinez BK#07006914
885 N SAN Pedro St
SAN Jose, CALIF 95110

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1 | place of employment.
2 | _Nurse Practioner Ms. Connie_
3 | _Santa Clara County Valley Medical Center_
4 | _Adult Custody Health Services_
5 | _150 West Hedding St._
6 | _San Jose, Calif 95110_   III.
7 | Statement of Claim
8 | State here as briefly as possible the facts of your case. Be sure to describe how each
9 | defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 | cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 | separate numbered paragraph.
12 | #1 On July 7th 2007 Nurse
13 | Practioner Ms. Connie passed out
14 | Medication To our Unit.
15 |
16 | #2 The Plaintiff was aware That
17 | Defendant Nurse Practioner MS. CONNIE
18 | WAS IN The 6-A Unit ANd
19 | Distributing Medication
20 |
21 | #3 The Defendant Nurse Ms. Connie
22 | Refuesed to give me my medication.
23 | She marked the Log Book That I Refuesed
24 | To Accept My Medication  See Pg Cont III-A
25 | IV.   Relief
26 | Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 | what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 | _The Defendant Nurse Practioner_

COMPLAINT                           - 3 -

III

## Statement of Claim

**#4.** The Plaintiff Asked For His Medication Just Before The Defendant Left.

**#5.** The Defendant Refused To Stop And Dispence The Plaintiff E. Martinez's Essential Medication.

**#6.** The Defendant is under investigation For Faliure To Distribute Other Inmates Prescribed Medication.

**#7** The Plaintiff IS ON DIALESCIS

III - A

Complaint

# IV.

## A Prayer For Relief cont.

#1  His Medical Needs, IS INconsistent with Contemporary Standards of Decency And Deliberate INdifference To Mr. E. Martinez Serious Health Condition.

The Plaintiff is Asking For $300,000. IN Puntive Damages And $300,000— IN Compensatory Damages

(IV-A)

Complaint

1 | Ms. Connie Violated The Plaintiff
2 | Eighth Amendment Rights Secured
3 | Under The Constitution By Inadvert-
4 | ently Failed To Provide Adequate
5 | Medical Care To E. Martinez By
6 | FAILURE To Treat (See Page Cont IV-A)

7 I declare under penalty of perjury that the foregoing is true and correct.

9 Signed this 21st day of July, 2007

12 (Plaintiff's signature)

COMPLAINT                    -4-

| Main Jail [✓] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
| Main Jail South [ ] | **INMATE GRIEVANCE FORM** | CCW [ ] |
| North County Jail [ ] | | WRC [ ] |

| INMATE'S NAME: Martinez Erwit | BOOKING NUMBER: 0700694 | HOUSING UNIT: MJ·6·A #9 |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: This Is A Grievance AND LAW Suite IF It Is Lost Or Misplaced Then I Shall Consider The Lost or Misplacement As AN Exhastion Of Administrative Remedies IN Thier Totality, Also I Request This Grivance Be Issued A Log Number For Tracking Purposes

WHAT SOLUTION ARE YOU RECOMMENDING?: See Page 2 Continued

Your Signature: Erwit Martinez   Date: 7/8/07   Time: 4:00 AM/**PM**

(Do NOT write below this line. Use additional sheets if necessary)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Received from Inmate on:
Day: 7-8-07   Date: 07/08/07   Time: 1915   Officer: X01 #1619   Team: C
Sunday

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved   [✓] Refer to Level II

Officer's Name: _____   Team: ____   Date: __/__/__
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPERVISOR'S ACTION: _____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name: _____   Team: ____   Date: __/__/__
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHIFT LIEUTENANT REVIEW: [ ] Concur   [ ] Reversed   _____

SIGNATURE: _____   Date: __/__/__   Time: ____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPPORT SERVICE RESPONSE: Unit Assigned: _____   Date Assigned: __/__/__
Date Due: __/__/__

Response by: _____   Title: _____   Date: __/__/__   Time: ____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur   [ ] Reversed   _____

SIGNATURE: _____   Date: __/__/__   Time: ____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RESPONSE RETURNED TO INMATE: Date: __/__/__   Time: ____   By: ____

Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
6885 REV 7/92

Main Jail [X]
Main Jail South [ ]
North County Jail [ ]

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

Elmwood [ ]
CCW [ ]
WRC [ ]

INMATE'S NAME: Eruit Martinez
BOOKING NUMBER: 07006174
HOUSING UNIT: 6A #9

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: On 07·07·2007 I was not given my "vital" medication high blood pressure medication, vitamins, anti-depressant during (am) pill call because i was sleeping and im in central meds. I am currently on dialysis because of end-stage renal failure, and all of my meds are critical to my health and well being.

WHAT SOLUTION ARE YOU RECOMMENDING?: That my duty with meds be given to me...

Your Signature: Eruit Martinez    Date: 07/07/07   Time: 2 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
*************************************************************

Received from Inmate on:
Day: SAT   Date: 07/07/07   Time: 1700   Officer: Torres #2128   Team: B

RESPONDING OFFICER'S STATEMENT (Please print): I EXPLAINED TO MARTINEZ THAT NURSE CONNIE TOLD US SHE WAS DOING "ESSENTIAL" MEDS ONLY. SHE GAVE US THE NAMES OF THE INDIVIDUALS THE SHE WANTED TO GIVE THE MEDICATIONS TO AND HE WAS NOT ONE OF THEM.

[X] Resolved  [ ] Refer to Level II

Officer's Name: Torres #2128   Team: B   Date: 07/07/07
*************************************************************

SUPERVISOR'S ACTION: _____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: _____   Team: ___   Date: __/__/__
*************************************************************
SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed  _____

SIGNATURE: _____   Date: __/__/__   Time: ____
*************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: _____   Date Assigned: __/__/__
Date Due: __/__/__

Response by: _____  Title: ____  Date: __/__/__  Time: ____
*************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ] Concur  [ ] Reversed  _____

SIGNATURE: _____   Date: __/__/__   Time: ____
*************************************************************
RESPONSE RETURNED TO INMATE: Date: __/__/__  Time: ____  By: ____

Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
6885 REV 7/92

Erwit Martinez
Scc Pic MJ WAZZ
BK# 0700 6914
885 N. San Pedro St.
San Jose, CALIF.
95110-1718

Legal
Mail

RECEIVED
AUG - 1 2007
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To The Clerk
Of The U.S. Dist. Court
For The Northern Dist. of CALIF.
450 Golden Gate Ave
Box 36060
San Francisco, CALIF. 94102