FILED
07 AUG -2 PM 1:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filin.

(PR)

SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Erwit Martinez
         Plaintiff,

vs.

Nurse Practioner
Ms. Connie (last name
unknown at this time)  Defendant.

CASE NO. C 07 3974

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, E. Martinez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____

Employer: _____N/A_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_January 29th 2007_

_Self Employed $800 A Month_

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment                                    Yes ___ No _X_

b. Income from stocks, bonds, or royalties?                                   Yes ___ No _X_

c. Rent payments?                                                              Yes ___ No _X_

d. Pensions, annuities, or life insurance payments?                            Yes ___ No _X_

e. Federal or State welfare payments, Social Security or other government source?   Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_N/A_
_____

3. Are you married?                                                            Yes ___ No _X_

Spouse's Full Name: _N/A_

Spouse's Place of Employment: _N/A_

Spouse's Monthly Salary, Wages or Income:

Gross $ _N/A_   Net $ _N/A_

4. a. List amount you contribute to your spouse's support: $ _N/A_

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5       _____ N/A _____
6       _____

7  5.  Do you own or are you buying a home?        Yes ___ No ✗
8  Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__
9  6.  Do you own an automobile?                   Yes ___ No ✗
10 Make __N/A__ Year __N/A__ Model __N/A__
11 Is it financed? Yes __N/A__ No __N/A__ If so, Total due: $ __N/A__
12 Monthly Payment: $ __N/A__
13 7.  Do you have a bank account? Yes ___ No ✗ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __N/A__
15 _____
16 Present balance(s): $ __N/A__
17 Do you own any cash? Yes ___ No ✗ Amount: $ __N/A__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✗
20 _____ N/A _____

21 8.  What are your monthly expenses?
22 Rent: $ __900__                Utilities: __100__
23 Food: $ __200__                Clothing: __$50__
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 __N/A__          $ __N/A__          $ __N/A__
27 __N/A__          $ _____          $ _____
28 _____          $ _____          $ _____ 9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ N/A _____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ N/A _____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/27/2007                               Ernest C Martinez

DATE                                    SIGNATURE OF APPLICANT

Case Number: _____

DVN 091

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __ERWIT MARTINEZ__ for the last six months at

__SCC DEPT OF CORRECTION__ where (s)he is confined.
[prisoner name]

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __27.5__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __3.93__ .

Dated: __7/18/07__                      _____
                                        [Authorized officer of the institution]

-5-