IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIT MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NURSE PRACTIONER CONNIE,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 07-03974 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. In an Order dated December 17, 2007, the Court informed him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Court ordered the Clerk of the Court to send Plaintiff a blank in forma pauperis application. The Court informed Plaintiff that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

　　　Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file.

　　　IT IS SO ORDERED.

DATED: 1/16/08

　　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.07\Martinez974DisIFP.frm

**United States District Court**
For the Northern District of California

1
2  UNITED STATES DISTRICT COURT
3  FOR THE
4  NORTHERN DISTRICT OF CALIFORNIA
5
6
7  ERWIT MARTINEZ,                                    Case Number: CV07-03974 SBA
8              Plaintiff,                             **CERTIFICATE OF SERVICE**
9      v.
10 NURSE PRACTIONER MS. CONNIE et al,
11             Defendant.                           /
12
13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
14
15 That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
16
17
18
   Erwit Martinez BK#07006914
19 PFN DVN097
   2047 Estate View Way
20 San Jose, CA 95748

21 Dated: January 17, 2008
                                                    Richard W. Wieking, Clerk
22                                                  By: LISA R CLARK, Deputy Clerk
23
24
25
26
27
28

P:\PRO-SE\SBA\CR.07\Martinez974DisIFP.frm            2