IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERWIT MARTINEZ,                                          No. C 07-03974 SBA (PR)

       Plaintiff,                                              **JUDGMENT**

  v.

NURSE PRACTIONER CONNIE,

       Defendant.
_____/

    The Court has dismissed this action without prejudice because Plaintiff failed to complete the in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED: 1/16/08

                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge

P:\PRO-SE\SBA\CR.07\Martinez974.Jud.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIT MARTINEZ, | Case Number: CV07-03974 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NURSE PRACTIONER MS. CONNIE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erwit Martinez BK#07006914
PFN DVN097
2047 Estate View Way
San Jose, CA 95748

Dated: January 17, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk